# Court of Appeals
# of the State of Georgia

ATLANTA,  August 03, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0317.  LIBERTY MUTUAL INSURANCE COMPANY v. COLISEUM MEDICAL CENTER, LLC et al.**

On June 14, 2012, the trial court entered an order denying defendant Liberty Mutual Insurance Company's motion to dismiss.  On June 22, the court certified its order for immediate review.  On July 5, Liberty Mutual filed this application for interlocutory appeal.

Pursuant to OCGA § 5-6-34 (b), an interlocutory application must be filed with this Court within ten days of the date a timely certificate of immediate review is entered below.  *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995).  Because this application was filed 13 days after entry of the certificate of immediate review, it is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/03/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*